**LORI HARPER SUEK**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:      (406) 657-6101
FAX:         (406) 657-6989
Email:       Lori.Suek@usdoj.gov

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

FILED
JAN 20, 2022
Clerk, U.S. District Court
District of Montana
Billings Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. RAYNARD DUBLUNCH PORCHE, Defendant. | CR 22-08- BLG- DLC <br><br> **INDICTMENT** <br><br> **PROHIBITED PERSON IN POSSESSION OF FIREARM AND AMMUMITION** <br> Title 18 U.S.C. § 922(g)(1) <br> (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> **CRIMINAL FORFEITURE** <br> 18 U.S.C. § 924(d) |
|---|---|

THE GRAND JURY CHARGES:

On or about October 7, 2021, at Lodge Grass, in Big Horn County, within the State and District of Montana, the defendant, RAYNARD DUBLUNCH

1

PORCHE, knowing that he had previously been convicted of a crime punishable by more than one year under the laws of the State of Utah, knowingly and unlawfully possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense charged in this indictment, the defendant, RAYNARD DUBLUNCH PORCHE, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition involved and used in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

LEIF M. JOHNSON
United States Attorney

By JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____

2