IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–08–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RAYNARD DUBLUNCH PORCHE, | |
| Defendant. | |

The United States has appealed this Court's July 21, 2022, Order granting Defendant Raynard Dublunch Porche's suppression motion. (*See* Docs. 24–26); *see also* 18 U.S.C. § 3731.

Accordingly, IT IS ORDERED all delay resulting from this interlocutory appeal is excluded from any Speedy Trial Act calculation in this matter. 18 U.S.C. § 3161(h)(1)(C). The Court will set a new scheduling order, if necessary, upon resolution of this appeal.

DATED this 29th day of July, 2022.

Dana L. Christensen, District Judge
United States District Court

1