# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RAYNARD DUBLUNCH PORCHE, Defendant. | CR 22-08-BLG-DLC ORDER |

Before the Court is the United States's Motion to Dismiss the Indictment Without Prejudice pursuant to Fed. R. Crim. P. 48(a). (Doc. 30.) The motion is unopposed.

For good cause shown, IT IS ORDERED that the United States's motion (Doc. 30) is GRANTED.

IT IS FURTHER ORDERED that the indictment pending against Porche (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 12th day of October, 2022.

Dana L. Christensen, District Judge
United States District Court